**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  4/16

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | Vernon Park Church of God |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 36-2639196 |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| 1975 E Joe Orr Rd<br>Lynwood, IL 60411-8504<br>Number, Street, City, State & ZIP Code | _____<br>P.O. Box, Number, Street, City, State & ZIP Code |
| Cook<br>County | Location of principal assets, if different from principal place of business<br><br>1975 E Joe Orr Rd Lynwood, IL 60411-8504<br>Number, Street, City, State & ZIP Code |

5. Debtor's website (URL)  _____

6. Type of debtor
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Official Form 201                Voluntary Petition for Non-Individuals Filing for Bankruptcy                page 1

Debtor  **Vernon Park Church of God**_____  Case number (if known) _____
        Name

7. **Describe debtor's business**    A. *Check one:*
   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
   ☐ Railroad (as defined in 11 U.S.C. § 101(44))
   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
   ■ None of the above

   B. *Check all that apply*
   ■ Tax-exempt entity (as described in 26 U.S.C. §501)
   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)
   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   ____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**
   *Check one:*
   ☐ Chapter 7
   ☐ Chapter 9
   ■ Chapter 11. *Check all that apply:*
   　　☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).
   　　☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).
   　　☐ A plan is being filed with this petition.
   　　☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).
   　　☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.
   　　☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.
   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   ■ No.
   ☐ Yes.

   If more than 2 cases, attach a separate list.
   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

10. **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**
    ■ No
    ☐ Yes.

    List all cases. If more than 1, attach a separate list
    Debtor _____ Relationship _____
    District _____ When _____ Case number, if known _____

Official Form 201        **Voluntary Petition for Non-Individuals Filing for Bankruptcy**        page 2

Debtor **Vernon Park Church of God**
Name

Case number (if known) _____

---

**11. Why is the case filed in this district?**

*Check all that apply:*

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

### Statistical and administrative information

**13. Debtor's estimation of available funds**

*Check one:*

☒ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
☐ 50-99
☐ 100-199
☒ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

☒ $1,000,001 - $10 million
☐ $10,000,001 - $50 million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor **Vernon Park Church of God**
Name

Case number (if known) _____

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **November , 2017**
MM / DD / YYYY

X _[signature]_  **Jerald January Sr. Pastor**
Printed name

X _[signature]_  **Charles Sawyer, Chairman, Board of Trustees**

**18. Signature of attorney**

X /s/ **Karen Jackson Porter**
Signature of attorney for debtor

Date **November , 2017**
MM / DD / YYYY

**Karen Jackson Porter**
Printed name

**Porter Law Network**
Firm name

**230 West Monroe St. Suite 240**
**Chicago, IL 60606**
Number, Street, City, State & ZIP Code

Contact phone **312-372-4400**   Email address **porterlawnetwork@gmail.com**

**6188626**
Bar number and State

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Vernon Park Church of God | ) | Case No. |
| | ) | |
| Debtor. | ) | Judge |

**LIST OF CREDITORS**

AAA Painting
529 W Roosevelt Rd
Wheaton, IL  60187-5057

Brian Bedinghaus
Roetzel & Andress
20 S Clark St Ste 300
Chicago, IL  60603-1896

Burr E. Anderson
223 W Jackson Blvd Ste 1016
Chicago, IL  60606-6916

CarlsonDash
216 S Jefferson St Ste 504
Chicago, IL  60661-5698

City Electric c/o Saul Ewing Arnstein
161 N Clark St Ste 4200
Chicago, IL  60601-3316

Creative Erectors
5212 11th St
Rockford, IL  61109-3659

DeHaan & Bach, LPA
25 Whitney Dr Ste 106
Milford, OH  45150-8400

DuKane Precast Incorporated
c/o Donald S. Dardis
1805 High Grove Ln
Naperville, IL 60540-3931

Fischer Construction
75 Randall St
Elk Grove Village, IL 60007-1013

Glasshopper Schor Glass
116 W New York St
Aurora, IL 60506-4122

Goldman Sharfman, PC
208 S La Salle St Ste 1410
Chicago, IL 60604-1253

Happy State Bank
dba Goldstar Trust Comp
PO Box 719
Canyon, TX 79015-0719

Hinshaw & Culbertson
222 N La Salle St Ste 300
Chicago, IL 60601-1013

J&S Plumbing, Inc
370 Bond St
Elk Grove Village, IL 60007-1223

J.L. Adler Roofing, Inc
309 N William St
Joliet, IL 60435-6943

James A Podgorny
7000 W 127th St
Palos Heights, IL 60463-1558

Law Office of Carmen R. Huseman
75 Executive Dr Ste 125
Aurora, IL 60504-8150

2

Law Office of Philip R. Nathe
552 S Washington St Ste 104
Naperville, IL 60540-6669

Neal & Leroy, LLC
120 N La Salle St Ste 2600
Chicago, IL 60602-2465

Oliver Close, LLC
124 N Water St
Rockford, IL 61107-3960

Ozinga
19001 Old Lagrange Rd Ste 300
Mokena, IL 60448-8013

Pro -Fab Sheet Metal
355 S Stewart Ave
Addison, IL 60101-3340

Progressive Vision Management, Inc
1904 Ogden Ave
Lisle, IL 60532-1503

Progressive Vision Management, Inc
1 Tower Ln Ste 1700
Oakbrook Terrace, IL 60181-4631

Puckett Electric
1186 Scarlet Oak Cir
Aurora, IL 60506-1379

Security Builders Supply Co
101 Lawn St
Bradley, IL 60915-1631

Shea's Iron Works, Inc.
18339 W Edwards Rd
Antioch, IL 60002-7207

Teller Levit & Silvertrust
19 S La Salle St Ste 701
Chicago, IL 60603-1431

Urban Partnership Bank
7936 S Cottage Grove Ave
Chicago, IL 60619-3911

WRS Corporation
3S620 River Rd
Warrenville, IL 60555-3320

Xtreme Fire Protection
13923 W Carriage Ln
Manhattan, IL 60442-9565

York International Corporation
5757 N Green Bay Ave
Milwaukee, WI 53209-4408

Zilch Plumbing
18913 Raven Hills Dr
Marengo, IL 60152-4303


Karen J. Porter
Attorney No 6188626
**PORTER LAW NETWORK**
230 West Monroe
Suite 240
Chicago, Illinois 60606
312-372-4400
312-372-4160

4

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Illinois, Eastern Division

In re **Vernon Park Church of God**

Debtor(s)

Case No. _____

Chapter **11**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

   For legal services, I have agreed to accept $ **7,217.00**
   Prior to the filing of this statement I have received $ **4,717.00**
   Balance Due $ **2,500.00**

2. The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3. The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4. ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. Representation of the debtor in adversary proceedings and other contested bankruptcy matters;
   e. [Other provisions as needed]
      **The filing fee has been paid.**
      **The final compensation will be the amount awarded by the court after the hearing on applications for compensation presented to the court**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service:

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**November 28, 2017**
*Date*

**/s/ Karen Jackson Porter**
**Karen Jackson Porter**
*Signature of Attorney*
**Porter Law Network**

230 West Monroe St. Suite 240
Chicago, IL 60606

porterlawnetwork@gmail.com
*Name of law firm*

PORTER LAW NETWORK
230 West Monroe, Suite 240
Chicago, Il 60606
312- 372-4400

LAW OFFICE OF GLENDA J GRAY
223 West Jackson Blvd
Chicago, Il 60606
312-386-1010

## AGREEMENT TO PROVIDE LEGAL SERVICES: CHAPTER 11 CASE

November 7, 2017

Vernon Park Church of God
1975 E. Joe Orr Road
Lynwood, Il 60411

Re: Chapter 11 Case

On behalf of our firms I want to thank you for selecting us to represent the VERNON PARK CHURCH OF GOD in a Chapter 11 bankruptcy case.

Lawyers are required, under the Rules of Professional Conduct, before beginning the representation of a client to communicate to the client the scope of the representation, the basis for the legal fees and the rates that will charged to the client.

### SCOPE OF LEGAL SERVICES

We agree to represent VERNON PARK CHURCH OF GOD in Chapter 11 reorganization case. The representation will include the legal services necessary to file a Chapter 11 case; restructure the debt of VERNON PARK CHURCH OF GOD; and complete the Chapter 11 Case by (i) confirming a plan of reorganization, (ii) converting the Chapter 11 case to a Chapter 7 case or (iii) dismissing the Chapter 11 case.

### ATTORNEYS RESPONSIBILITIES

The Porter Law Network and the Law Office of Glenda J. Gray will perform the following legal services during the VERNON PARK CHURCH OF GOD Chapter 11 case:

(a) To give VERNON PARK CHURCH OF GOD legal advice with respect to its powers and duties as a debtor-in-possession in the continued management of its assets;

(b) To prepare such applications, motions, complaints, orders, reports, pleadings, plans, disclosure statements or other papers on VERNON PARK CHURCH OF GOD behalf that may be necessary during the case;

Page 1 of 6

(c) To attend meetings of creditors and meetings with third parties;

(d) To assist VERNON PARK CHURCH OF GOD with its operations as a not for profit corporation:

(e) To assist VERNON PARK CHURCH OF GOD in preparing and obtaining the court's approval of a plan of reorganization and disclosure statement in order to preserve the value of its assets;

(f) To take such action as may be necessary with respect to claims that may be asserted against VERNON PARK CHURCH OF GOD; and,

(g) To perform any other legal services for VERNON PARK CHURCH OF GOD which may be required in connection with this case.

## ATTORNEY'S FEES AND COSTS

The Porter Law Network will charge VERNON PARK CHURCH OF GOD the following hourly rates for the legal services provided by the attorneys and staff that will be performing the legal services: $450.00 per hour for the services of Karen J. Porter; $250.00 per hour for the services of Calvin V. Boyd; $300.00 to $200.00 per hour for the services of any other associated attorneys and $175.00 for the services of our law clerks and legal assistants.

The Porter Law Network will charge VERNON PARK CHURCH OF GOD for the expenses that are required for a Chapter 11 case. Such expenses will include, but are not limited to: (1) court filing fees; (2) the actual cost of photocopies; (3) messenger deliveries; (4) actual cost of postage for notices to creditors; (5) actual cost of court reporters and transcripts; and (6) computerized case docketing and legal research. We reserve the right to charge VERNON PARK CHURCH OF GOD for any other reasonable and necessary expense that we incur in connection with the Chapter 11 case. We will present applications for compensation to the court and the court will have the right to review and approve our legal fees and expenses.

The Law Offices of Glenda J. Gray will charge VERNON PARK CHURCH OF GOD the following hourly rates for the legal services provided by the attorneys and staff that will be performing the legal services: $350.00 per hour for the services of Glenda J. Gray; $250.00 per hour for the services of Bennie Fernandez; and $150.00 for the services of our law clerks and legal assistants.

VERNON PARK CHURCH OF GOD agrees to pay for all the legal fees and expenses incurred by the Porter Law Network. VERNON PARK CHURCH OF GOD agrees to pay the Porter Law Network any balance due for the legal services we rendered.

Page 2 of 6

The Porter Law Network request that you pay a retainer of $5500.00 plus the filing fee of $1717.00 in order for us to represent in a chapter 11 case. You will not be required to pay the entire retainer before the case is filed. We have agreed to accept $3,000.00 of the retainer before the case is filed. We are willing to accept the balance of the retainer in the amount of $2500.00 from VERNON PARK CHURCH OF GOD in installments payments after the court grants us authority to accept additional retainer funds from you.

PLEASE BE INFORMED that the retainer amount of $7500.00 is not a statement or limitation as to the total cost of the legal services and expenses you can expect to incur for this chapter 11 case. The Porter Law Network will perform the legal services at the hourly rates set forth in this agreement. We are unable to set or limit the amount of the total cost for legal fees and expenses for this chapter 11 case.

VERNON PARK CHURCH OF GOD agrees to pay for all the legal fees and expenses incurred by the Law Offices of Glenda Gray. VERNON PARK CHURCH OF GOD agrees to pay the Law Offices of Glenda Gray any balance due for the legal services we rendered.

The Law Offices of Glenda J. Gray request that you pay a retainer of $2000.00 in order for Glenda J. Gray to represent in a chapter 11 case.

We consider the retainers paid before the chapter 11 case is filed to be advance payment retainers under Illinois law because we are committing to provide legal services for the duration of the chapter 11 case rather than on a month to month basis. We will deposit the retainers into our operating accounts. The retainer becomes our property when we receive the retainer. You have the right to request that the retainer be treated as a security retainer and placed into our client trust account. We reserve the right to change the terms of our representation if you request a security retainer.

PLEASE BE INFORMED that the retainer funds paid are not a statement or limitation about the total cost of the legal services and expenses you can expect to incur for this chapter 11 case. The Porter Law Network and the Law Offices of Glenda J. Gray will perform the legal services at the hourly rates set forth in this agreement. We are unable to set or limit the amount of the total cost for legal fees and expenses for this chapter 11 case.

### CLIENT RESPONSIBILITIES

This agreement is limited to the Chapter 11 bankruptcy proceedings of, VERNON PARK CHURCH OF GOD. The execution of this agreement does not obligate us to represent any individual or entity other than VERNON PARK CHURCH OF GOD in connection with any matter other than this Chapter 11 proceeding.

We have advised you that we cannot represent the Pastors, Officers or Members of VERNON PARK CHURCH OF GOD or any individual that has guaranteed, or is liable for, the debts of VERNON PARK CHURCH OF GOD. Any such individual will not be protected by the automatic stay, and will be required to hire a separate attorney to provide representation for their interests, including in any lawsuits or other collection actions by the creditors of VERNON PARK CHURCH OF GOD against them.

Page 3 of 6

As the officer of VERNON PARK CHURCH OF GOD you agree to fully cooperate with us with respect to the Chapter 11 case. You agree to provide us with complete and accurate information concerning the financial affairs of VERNON PARK CHURCH OF GOD You agree to provide us with a complete and accurate list of all creditors, personal property, income and all the other information required by the United States Bankruptcy Court and any trustee responsible for your case.

While VERNON PARK CHURCH OF GOD is operating in a Chapter 11 proceeding, there will be many obligations to the office of the United States Trustee and creditors which must be fulfilled. You will have the responsibility to file monthly financial operating reports disclosing the postpetition business operations, pay quarterly fees to the trustee, pay postpetition real estate and other taxes, and maintain adequate insurance coverage, .

We have explained to you that the financial restructuring of VERNON PARK CHURCH OF GOD using Chapter 11 of the Bankruptcy Code will be a difficult legal proceeding. VERNON PARK CHURCH OF GOD will be required to operate its business after the case is filed without running deficits. VERNON PARK CHURCH OF GOD will also be required to pay its operating expenses including rent, insurance and any payroll expenses.

We will make every effort to guide VERNON PARK CHURCH OF GOD through the chapter 11 case. However we are unable to guarantee you that VERNON PARK CHURCH OF GOD will be able to restructure its affairs. For these reasons, we cannot guarantee that the Chapter 11 reorganization for VERNON PARK CHURCH OF GOD will be a successful one. We must also advise you that in the event VERNON PARK CHURCH OF GOD cannot fund its postpetition operations, or develop a viable reorganization plan to repay its creditors, VERNON PARK CHURCH OF GOD will be faced with a dismissal of the chapter 11 case or the conversion to a chapter 7 liquidation.

While VERNON PARK CHURCH OF GOD is operating in a chapter 11 proceeding, there will be many obligations to the office of the United States Trustee and creditors which must be fulfilled. VERNON PARK CHURCH OF GOD will have the responsibility to file monthly financial operating reports disclosing the postpetition business operations, pay quarterly fees to the trustee pay postpetition state and local taxes, including payroll taxes and maintain adequate insurance coverage, In addition VERNON PARK CHURCH OF GOD may be required to make current payments to secured creditors whose property you intend to use during the chapter 11 proceeding or who have a right to adequate protection payments. VERNON PARK CHURCH OF GOD will also be required to remain current on the payments of all utilities for services rendered after the case is filed.

### PROPERTY OF THE ESTATE

The filing of the Chapter 11 case creates an estate. All of the real and personal property that belongs to VERNON PARK CHURCH OF GOD when the case is filed and all of the real and personal property that is acquired by VERNON PARK CHURCH OF GOD after the case is filed becomes property of the estate. The court has jurisdiction of all property of the estate. VERNON PARK CHURCH OF GOD cannot sell of dispose of property of the estate without the

Page 4 of 6

court's authority. If the VERNON PARK CHURCH OF GOD chapter 11 case is converted to a chapter 7 liquidation and a trustee is appointed, all of the property of the estate at the time the case is converted will belong to the chapter 7 trustee for the benefit of VERNON PARK CHURCH OF GOD's creditors.

## TERMINATION OF AGREEMENT

You understand that we will not be able to provide adequate legal representation for VERNON PARK CHURCH OF GOD if you fail to provide us with complete and accurate information or fail to fully cooperate with us. You further understand that your failure to provide information, to cooperate with us or to fulfill your duties during the Chapter 11 case may increase the cost of the legal services we render, may result in the Chapter 11 case being dismissed by the court or converted to a Chapter 7 liquidation.

We reserve the right to withdraw as the attorney of record for VERNON PARK CHURCH OF GOD and to terminate this agreement (1) if our legal fees and expenses are not paid as set forth in this agreement, (2) if you fail to cooperate with us during the Chapter 11 proceeding,(3) if you fail to comply with any requirement of the United States Trustee (4) if you fail to obey an order of the Bankruptcy Court (5) if the case is converted to a Chapter 7 or (6) if you fail to comply with any other terms of this agreement.

Either party may terminate this agreement with or without cause and at any time upon giving written notice to the other party. The termination of this agreement will not affect the obligation to pay any outstanding legal fees. We agree that if this agreement is terminated we will provide copies of documents in our files to you provided you have paid any outstanding legal fees and expenses, including copy charges for copying the files.

*INTENTIONALLY LEFT BLANK*

## ENTIRE AGREEMENT

This agreement contains our full and complete understanding with respect to the subject matter hereof. This agreement supersedes all prior representations and understandings whether written or oral. This agreement shall be governed by the laws of the State of Illinois in all respects. This agreement may be executed by facsimile, electronically, and in counterparts.

Very truly yours,

**PORTER LAW NETWORK**

By: _____
    Karen J. Porter

**LAW OFFICE OF GLENDA J. GRAY**

By: _____
    Glenda Gray

**VERNON PARK CHURCH OF GODCOMMUNITY SERVICES**

By: _____
Print Name: Charles Sawyer
Title: Chairman
Trustee Board

Page 6 of 6

## ENTIRE AGREEMENT

This agreement contains our full and complete understanding with respect to the subject matter hereof. This agreement supersedes all prior representations and understandings whether written or oral. This agreement shall be governed by the laws of the State of Illinois in all respects. This agreement may be executed by facsimile, electronically, and in counterparts.

Very truly yours,

**PORTER LAW NETWORK**

By: _____
    Karen J. Porter

**LAW OFFICE OF GLENDA J. GRAY**

By: _*/s/ Glenda Gray*_____

**VERNON PARK CHURCH OF GOD COMMUNITY SERVICES**

By: _____

Print Name: _____

Title: _____

Page **6** of **6**