UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| VERNON PARK CHURCH OF GOD | ) | Case No.   17-35316 |
| | ) | |
| Debtor | ) | Judge Donald R. Cassling |

BALLOT FOR ACCEPTING OR REJECTING
MODIFIED PLAN OF REORGANIZATION DATED JULY 15, 2019

The plan referred to in this ballot can be confirmed by the court and thereby made binding on you if it is accepted by the holders of two-thirds in amount and more than one-half in number of claims in each class.   To have your vote count you must complete and return this ballot.

[*If the holder of claim*] The undersigned, a creditor of the above-named debtor in the unpaid principal amount of $ ___277,300 + $169,913 (int.)___

Check One Box

Class ___3___

[✓] Accepts

[ ] Rejects

The Modified Plan of Reorganization Dated July 15, 2019
proposed by Vernon Park Church of God

Date: ___10/2/19___

Print or type name of Creditor: ___Shea's Iron Works, Inc.___
Address: ___735 N. Milwaukee, Lake Villa IL 60046___
Phone: ___(847) 356-2922___
Signed: ___Ryan Shea___   ___Secretary___
Print Name: ___Ryan Shea___
Title: ___Officer and Agent___

Return this ballot on or before _____ 2019 to:
Clerk of the U.S. Bankruptcy Court
Northern District of Illinois
219 South Dearborn Street, 7th Floor
Chicago, IL 60604

EXHIBIT H